FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18 A 8 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 93-55

Michael Nelson                              SECTION "J" ()

## CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):
There exist no grounds for appealing this Court's transfer of successive 2255 motions to the 5th Circuit for certification to proceed.
_____
_____

Date: _____

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____